1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                              2:03-cr-521-KJD-PAL

      Plaintiff,

vs.                                                                            **ORDER**

TERRY GLENN MORTENSEN,

      Defendant.

       IT IS ORDERED that the revocation hearing currently scheduled for February 25, 2015 be vacated and continued to April 14th, 2015 at the hour of 9:00 AM.

       DATED this 24th day of February, 2015.

                                       UNITED STATES DISTRICT JUDGE

3